IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

JAMES WILLIAMS,

    Petitioner,

v.

    CASE NO. 2:16-CV-1050
    JUDGE GEORGE C. SMITH
    MAGISTRATE JUDGE VASCURA

WARDEN, MADISON
CORRECTIONAL INSTITUTION,

    Respondent.

## OPINION AND ORDER

On June 27, 2017, the Magistrate Judge issued an *Order and Report and Recommendation* denying Petitioner's *Motions for Assistance to Attain Transcript of Proceedings* (Docs. 7, 9), and recommending that Respondent's *Motion to Dismiss* (Doc. 11) be granted and that this action be dismissed. (Doc. 14.) Although the parties were advised of the right to object to the Magistrate Judge's *Order and Report and Recommendation*, and of the consequences of failing to do so, no objections have been filed.

The *Order and Report and Recommendation* (Doc. 14) is **ADOPTED** and **AFFIRMED.** Petitioner's *Motions for Assistance to Attain Transcript of Proceedings* (Docs. 7, 9) are **DENIED**. The Respondent's *Motion to Dismiss* (Doc. 11) is **GRANTED**. The petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 is hereby **DISMISSED**.

The Petitioner has waived the right to appeal by his failure to file objections to the Magistrate Judge's *Order and Report and Recommendation*. *See Thomas v. Arn,* 474 U.S. 140

(1985); *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981). Therefore, any request for a certificate of appealability is **DENIED**.

**IT IS SO ORDERED.**

 *s/ George C. Smith*
**GEORGE C. SMITH, JUDGE**
**UNITED STATES DISTRICT COURT**